In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00179-CV


______________________________




BROOKSHIRE LENDING GROUP, Appellant



V.



R. JUDD CRIBBS, Appellee




 


On Appeal from the 113th Judicial District Court


Harris County, Texas


Trial Court No. 01-056975




 




Before Morriss, C.J., Grant and Ross, JJ.


Opinion by Justice Ross



O P I N I O N



 Brookshire Lending Group, L.P., appellant, has filed a motion seeking to dismiss its appeal. 
In order to provide the relief sought, we order the appeal severed from that of the co-appellant and
we assign it to cause number 06-02-00179-CV. Pursuant to Tex. R. App. P. 42.1, the motion is
granted.

 The appeal is dismissed.



 Donald R. Ross

 Justice


Date Submitted: November 26, 2002

Date Decided: November 27, 2002


Do Not Publish



 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 












 
 
 
 
 
 
 




 

 

 

 

 

 

 

 

 

                                                         In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-12-00014-CR

                                                ______________________________

 

 

 

                                                    IN
RE:  NARRELLE A. REED

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                            Memorandum
Opinion by Justice Moseley

                                                                              

                                                                              








                                                      MEMORANDUM OPINION

 

            Narrelle A. Reed has filed a petition for writ of mandamus
in which he asks this Court to issue an order directing the District Clerk of
Hopkins County to send his habeas documents to the Texas Court of Criminal
Appeals.  

            This Court has
jurisdiction to issue a writ of mandamus against a judge of a district or
county court in the court of appeals district. 
Tex. Govt
Code Ann. § 22.221(b)(1) (West 2004). 
In this context, we have no jurisdiction to issue a writ of mandamus
against the named respondent.

            We deny the
petition.

 

 

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          January 17, 2012

Date Decided:             January 18, 2012

 

Do Not Publish